The room however was not referred to as an abortion operating room except by appellant's counsel in his objections.

 The witness Dr. Murray was properly permitted to describe the effect of inserting a catheter into the private parts of a pregnant woman and to testify as to how it could cause an abortion.

No reversible error appearing, the judgment is affirmed.

Opinion approved by the Court.

BEAUCHAMP, Judge.

Appellant was charged with the offense of theft. He waived a jury and pleaded "guilty" before the court, who found him guilty and assessed his penalty at confinement in the penitentiary for two years.

There is neither a statement of facts nor bill of exception in the record. All the proceedings appear regular. Nothing is presented for review.

The judgment of the trial court is affirmed.

